IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT
WESTERN DIVISION

| | | |
|---|---|---|
| HELLEN S. NASH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | NO. 4-05-CV-0845 GH |
| | ) | |
| JEFFREY A. HALL, M.D., | ) | |
| | ) | |
| Defendant | ) | |

## **PROTECTIVE ORDER**

Comes on this 1st day of September, 2005, to be presented to the Court the motion of Hellen S. Nash, Plaintiff herein, for entry of a protective order; and, from Plaintiff's motion and other matters before the Court, the Court does find, after being well and sufficiently advised in the premise, as follows:

1. Plaintiff states in her motion that she may seek, by discovery and subpoena, certain records that may contain information, the disclosure of which is regulated by Public Law 104-191, the Health Insurance Portability and Accountability Act (HIPAA), and regulations promulgated thereunder.

2. Under the provisions of HIPAA and the regulations thereunder, disclosure of such information is permitted if the Court enters a protective order qualifying under the terms of the HIPAA regulations.

3. The Court finds that a protective order should be and hereby is entered as follows:

      (a) That all protected health information obtained herein pursuant to discovery or by subpoena by any party

shall be used solely for purposes of this litigation; that the parties hereto and their attorneys shall not disclose or permit anyone else to disclose such protected health information other than for purposes in connection with this litigation.

 (b) That, upon final termination of this litigation, all protected health information obtained by discovery requests or subpoena issued in connection with this litigation, together with all copies thereof, shall be either returned to the person or entity from whom such information was obtained or shall be destroyed.

IT IS SO CONSIDERED, ORDERED AND ADJUDGED BY THE COURT.

*/s/ George Howard, Jr.*
_____
HON. GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE