IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HELLEN S. NASH                                                                              PLAINTIFF

Case Number: **4:05CV00845GH**

JEFFREY A. HALL, M.D.         .                                                  DEFENDANT

## **ORDER**

Pending before the Court is plaintiff's motion to clarify the November 3, 2006 Order. Plaintiff seeks clarification as to whether the stay against defendant is permanent.

The Court previously found that the matter is stayed because plaintiff's claim was discharged in defendant's bankruptcy. Unless plaintiff is able to provide authority to the contrary, the stay is permanent.

The Court will grant plaintiff leave to file an amended complaint if she wishes to proceed with this action. Should plaintiff take no action with twenty days of the date of this Order, the Court will dismiss this action.

Accordingly, the motion to clarify is granted.

IT IS SO ORDERED this 1st day of December, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-